UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 23-257 (KMW) |
| v. | ORDER FOR CONTINUANCE |
| WILLIAM O'HANLON | |

This matter having come before the Court on the joint application of the United States, by Philip R. Sellinger, United States Attorney for the District of New Jersey (Diana V. Carrig and Elisa T. Wiygul, Assistant U.S. Attorneys, appearing), and defendant William O'Hanlon (Lee D. Vartan, Esq., appearing), for an order granting a continuance of proceedings in the above-captioned matter, to permit defense counsel the reasonable time necessary for effective preparation in this matter; and the defendant being aware that he has the right to have this matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to 18 U.S.C. § 3161(c)(1); and the defendant having consented to such continuance and having waived such right; and three prior continuances having been entered; and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. This case is an unusual or complex case within the meaning of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(ii), in light of the nature of the prosecution, including the fact that there are hundreds of alleged victims from

all over the United States, and the volume of discovery, such that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within 70 days.

2. The discovery in the case is ongoing and is voluminous, consisting of, among other things, returns for well over 100 subpoenas and multiple electronic and physical search warrants during which agents seized approximately 51 boxes, bags, or bundles of hardcopy materials and also obtained data from approximately 13 electronic devices including computers, hard drives and thumb drives, and additional time is necessary to ensure that, taking into account the exercise of diligence, defense counsel has sufficient time to review and inspect discovery and further investigate the charges in this matter.

3. The parties may pursue plea negotiations, which could render trial of this matter unnecessary.

4. This Court has scheduled a hearing for August 14, 2024 to address whether a potential conflict of interest exists as to defendant's counsel, and the parties have agreed that such issue must be decided before a further schedule for motions and trial can be entered.

4. The defendant has consented to the aforementioned continuance.

5. The grant of a continuance may conserve judicial resources.

6. As a result of the foregoing, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(ii) and (iv), the ends of justice served by the granting of this

continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS, therefore, on this 25th day of July, 2024,

(1) ORDERED that this action be, and hereby is, continued until September 30, 2024; and it is further

(2) ORDERED that the period from the date of this order through September 30, 2024 be and it hereby is excluded in computing time under the Speedy Trial Act of 1974, 18 U.S.C. § 3161 *et seq.*

HONORABLE KAREN M. WILLIAMS
United States District Judge

Consented to as to form and entry:

/s/ Elisa T. Wiygul
DIANA V. CARRIG
ELISA T. WIYGUL
Assistant U.S. Attorneys


/s/ Lee D. Vartan
LEE D. VARTAN, ESQ.
Counsel for defendant William O'Hanlon